# United States Court of Appeals
## For the First Circuit

No. 25-1814

MICHAEL O'NEIL; JOSEPH PATTON; RICHARD COOK; DANIEL PATTERSON; PETER TREMEENTOZZI; DONALD LABRIOLE; RICHARD LAPORTE,

Plaintiffs - Appellants,

v.

PETER F. NERONHA; STATE OF RHODE ISLAND,

Defendants - Appellees.

### ORDER OF COURT

Entered: September 12, 2025
Pursuant to 1st Cir. R. 27.0(d)

Appellants are presently in default for failure to file a transcript report/order form.

It is ordered that if a transcript report/order form is not filed on or before **September 26, 2025**, this appeal will be dismissed in accordance with 1st Cir. R. 3.0(b) for lack of prosecution.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
James J. Arguin
Thomas W. Lyons III
Paul Timothy James Meosky
Sarah Rice
Frank R. Saccoccio