# United States Court of Appeals
## For the First Circuit

### Designation of Attorney Presenting Oral Argument

**Counsel who intend to present oral argument to the court must file this form by the deadline indicated in the Calendaring Notice issued by the court and, in any regard, no later than two weeks prior to oral argument.**

Counsel presenting oral argument <u>must</u> be admitted to practice before this court and <u>must</u> have entered an appearance in the case. Counsel who have not entered an appearance <u>must</u> file an appearance and a motion for leave pursuant to 1st Cir. R. 12.0(a) with this designation.

Appeal No.: 25-1814

Case Name: O'Neil v. Neronha

Date of Argument: June 4. 2026

Location of Argument: ☑ Boston ☐ Puerto Rico ☐ Other: _____

Name and appellate designation of the party(ies) you will be arguing on behalf of:
Appellants Michael O'Neil, Joseph Patton, Richard Cook, Daniel Patterson, et al.

Attorney Name: Thomas W. Lyons          First Circuit Bar No.: _____

Cellphone No.: 401-529-2192          Fax Number: 401-421-4730

Email: tlyons@straussfactor.com

Check the box that applies:

☑ I have already filed an appearance in this matter.

☐ I am filing my appearance form and a motion in accordance with 1st Cir. R. 12.0(a) contemporaneously with this form.

_____          6/23/23
(Signature)                                (Date)